78,149-01

I Isreal Hudgins filed a 11.07 Application in your court, it was received on 5/1/2012. I need a copy of that Application, there is a letter in there that my appealate counsel wrote me, in order to save me some time on my federal writ. I would highly appreciate it if that Application is sent back which was dismissed 9/2012 I thank you for your time and consideration

Sincerly Your

RE: Writ No. WR-78,149-01
Trial CT No: 1204040-A

Louise Pearson
"Clerk"

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk